UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGENA TRAMP SAS, ) | Case No. 3:17-cv-01197-JBA |
| Plaintiff, ) | |
| -against- ) | |
| TRANSATLANTIC LINES LLC, ) | |
| Defendant. ) | |

## AMENDED DEFAULT JUDGMENT

This matter came on for consideration on the Plaintiff's Motion for Default Judgment (Doc. No. 29) before the Honorable Janet Bond Arterton, United States District Judge. On April 6, 2018, the Court entered an Order (Doc. No. 31) granting that motion. On April 10, 2018 Plaintiff filed its Motion to Amend the Default Judgment entered pursuant to the Court's order. (Doc. No. 32). On 4/13 the Court entered an Order granting Plaintiff's Motion to Amend the Default Judgment . (Doc. No. 34).

It is therefore ORDERED, ADJUDGED, and DECREED that judgment is entered for the Plaintiff in the amount of $26,292.29.

EOD: April 13, 2018

ROBIN D. TABORA, Clerk

By: _Breigh Freberg_
Breigh Freberg, Deputy Clerk